**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                )
BENJAMIN COLEMAN, through his    )
Conservator, ROBERT BUNN,        )
                                )
            Plaintiff,           )
                                ) Civil Action No. 13-1456 (EGS)
        v.                       )
                                )
DISTRICT OF COLUMBIA,            )
                                )
            Defendant.           )
_____)


<u>**ORDER**</u>

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss is **DENIED**; and it is

**FURTHER ORDERED** that the District shall file its response to the Complaint in accordance with the Federal Rules of Civil Procedure; and it is

**FURTHER ORDERED** that the parties shall file supplemental briefs addressing the effect, if any, of the accompanying Memorandum Opinion on plaintiff's pending motion for class certification. Plaintiff shall file his opening brief by no later than **October 15, 2014**. Defendant shall file its response by no later than **October 29, 2014**. Plaintiff shall file his reply, if any, by no later than **November 12, 2014**. Each brief shall not exceed fifteen pages in length; and it is

**FURTHER ORDERED** that the Court will hold a hearing on the plaintiff's motion for class certification on **December 16, 2014 at 10:00 a.m.** in Courtroom 24A; and it is

**FURTHER ORDERED** that plaintiff's motion for class certification is **STAYED** pending the filing of supplemental briefs.

**SO ORDERED.**

**Signed:     Emmet G. Sullivan**
              **United States District Judge**
              **September 30, 2014**