FILED
MAY 18 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Benjamin Coleman, et al.,

Plaintiffs,

v.

District of Columbia,

Defendant.

Civil Action No. 1:13-cv-01456-EGS

## ORDER GRANTING FINAL APPROVAL OF
## CLASS ACTION SETTLEMENT AGREEMENT

### INTRODUCTION

Plaintiffs Benjamin Coleman and the Estate of Jean Robinson, individually and on behalf of a certified class of property owners who lost surplus equity in their home ("Plaintiffs"), have moved this Court for final approval of a settlement with Defendant District of Columbia ("the District," and collectively, "the Parties"). Having reviewed Plaintiffs' Unopposed Motion For Final Approval of Class Action Settlement Agreement, the Court finds that it has jurisdiction over the subject matter of this Class Action (and all actions and proceedings consolidated in this Class Action). Terms used in the Order that are defined in the Settlement Agreement are, unless noted, as defined in that Agreement.

### NOTICE SATISFIES DUE PROCESS

1. The Motion for Preliminary Approval (Docket No. 66) outlined the form and manner by which Plaintiffs would provide the Class and Settlement Class with notice of the settlement, the fairness hearing, and related matters. The notice program included individual notice to class members who could be identified through reasonable effort. The notice program also included supplemental notice based on additional investigative efforts made by Plaintiffs.

Notice constituted the most effective and best notice practicable under the circumstances, and constituted due and sufficient notice for all other purposes to all persons and entities entitled to receive notice.

## FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

2. After an analysis of the appropriate factors, this Court has determined that the Agreements are "fair, reasonable, and adequate" to the Coleman Settlement Class and that the Coleman Settlement Class meets all requirements of Rule 23. Final approval of the Settlement Agreement, as amended, is therefore granted pursuant to Federal Civil Rule 23(e).

3. The Court hereby certifies the Coleman Settlement Class as individuals certified by the Court pursuant to its Order dated April 30, 2015 (Docket 42) minus those individuals who were landlords and vacant property owners, as further described in the amended Settlement Agreement.

4. The Court also approves Service Awards for Class Representatives of an additional 10% of statutory damages, as described in the Settlement Agreement.

## RELEASE AND COVENANT NOT TO SUE

5. As to the specified District Released Parties, as defined in the Settlement Agreement, any and all currently pending class action lawsuits directly related to the subject matter of this litigation are dismissed with prejudice and in their entirety, on the merits, and without costs. This dismissal shall not affect, in any way, Plaintiffs' right to pursue claims, if any, outside the scope of the Releases set forth in the Settlement Agreement.

6. The Releasing Parties are permanently enjoined and barred from instituting, commencing, or prosecuting any action or other proceeding asserting any Released Claims released in the Settlement Agreement against any of the specified District Released Parties,

either directly, individually, representatively, derivatively, or in any other capacity, by whatever means, in any local, state, or federal court, or in any agency or other authority or arbitral or other forum wherever located.

7. The Releasing Parties release, forever discharge, and covenant not to sue the specified District Released Parties from and for Claims as set forth in the Settlement Agreement.

8. This Order does not settle or compromise any claims by Class Representatives, the Coleman Class, or the Coleman Settlement Class against the Defendants or other persons or entities other than the specified District Released Parties, and all rights against any other Defendant or other person or entity are specifically reserved.

## FINAL JUDGMENT

9. Pursuant to Federal Civil Rule 54(b), this Court directs entry of final judgment of dismissal as to the District Released Parties, as set forth in its separate docket entries this same day.

## OTHER PROVISIONS

10. Without affecting the finality of this Order, this Court retains exclusive jurisdiction over the Class Action and the Settlement Agreement, including the administration, interpretation, consummation, and enforcement of the Settlement Agreement.

11. The Court directs the performance of the Settlement Agreement pursuant to the terms and conditions set forth in the Agreement.

12. The accounts established by certain of the parties, and into which Settlement Funds have been and will be deposited are approved as Qualified Settlement Funds pursuant to Internal Revenue Code Section 468B and related Treasury Regulations.

SO ORDERED.

Date: 5/18/17

_____
Emmet G. Sullivan
United States District Judge