AO 450 (Rev 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

MAY 1 8 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Benjamin Coleman, et al.,      ) | |
| *Plaintiff*                    ) | |
| v.                             ) | Civil Action No.  CA 13-1456 (EGS) |
| District of Columbia           ) | |
| *Defendant*                    ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
The District of Columbia (The Defendant) has agreed to pay a settlement class of an estimated twenty-two former homeowners (The Plaintiffs) a settlement capped at $1.3 million plus an amount for claims administration.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Emmet G. Sullivan _____ on a motion for
Order on Final Approval of Class Action Settlement Agreement


Date:   05/18/2017                          *ANGELA D. CAESAR, CLERK OF COURT*


                                            _____
                                            MARK COATES
                                            *Signature of Clerk or Deputy Clerk*